# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACEY MANNO, et al.**, : | | CIVIL ACTION |
| Plaintiffs, : | | |
| : | | |
| v. : | | |
| : | | |
| **REINBOW'S END, INC. et al.**, : | | NO. 24-1232 |
| Defendants. : | | |
| : | | |

## ORDER

**AND NOW,** it is this 4th day of August, 2025, upon consideration of Plaintiffs' Motion for Leave to File an Amended Complaint (ECF 32) and Defendants' Response in Opposition (ECF 33), hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Scott W. Reid*

_____
**SCOTT W. REID**
**UNITED STATES MAGISTRATE JUDGE**